IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-457 |
| ) | |
| INTERCOLLEGIATE STUDIES ) | |
| INSTITUTE, INC. ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendant, Intercollegiate Studies Institute, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Bc

Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6706
Facsimile: (302) 571-3345
Email: bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendants

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF. A copy of such Answer to Complaint was mailed, First Class Mail, postage prepaid to the following person:

<u>Pro Se</u>
Christine O'Donnell
518 N. Lincoln Street
Wilmington, DE 19805

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ B-2_
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6706
Facsimile: (302) 571-3345
Email: bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendants

Dated: July 6, 2005