IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-457 |
| | ) |
| INTERCOLLEGIATE STUDIES | ) |
| INSTITUTE, INC. | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendant, Intercollegiate Studies Institute, Inc.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Seth J. Reidenberg
        _____
        Seth J. Reidenberg, Esquire (No. 3657)
        Barry M. Willoughby, Esquire (No. 1016)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391
        Telephone: (302) 571-6666; (302) 571-6706
        Facsimile: (302) 571-3345
        Email: bwilloughby@ycst.com; sreidenberg@ycst.com
        Attorneys for Defendants

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF. A copy of such Answer to Complaint was mailed, First Class Mail, postage prepaid to the following person:

<u>Pro Se</u>
Christine O'Donnell
518 N. Lincoln Street
Wilmington, DE 19805

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth J. Reidenberg, Esquire (No. 3657)
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6706
Facsimile: (302) 571-3345
Email: bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendants

Dated: July 6, 2005