AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ **DELAWARE** _____

Christine O'Donnell
Plaintiff

V.

Intercollegiate Studies Institute, Inc.
3901 Centerville Rd
Wilmington, DE 19807

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     0 5 - 4 5 7 JJF

TO: (Name and address of Defendant)  Intercollegiate Studies Institute, Inc.
3901 Centerville Rd
Wilmington, DE 19807
T. Kenneth Cribb, Jr, President

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

_____         DATE  7-1-05

CLERK

_____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/5/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert Smith | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): PERSONALLY SERVED INTERCOLLEGIATE STUDIES INSTITUTE, INC
AT 3901 CENTERVILLE RD, WILM DE 19807 C/O T. KENNETH CRIBB, JR.
PRESIDENT At 4:16PM  PERSON AUTHORIZED to ACCEPT SUMMONS + COMPLAINT WAS
B. KLAIR ON HIS BEHALF

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/5/05
          Date

        *Signature of Server*

        PARCELS INC
        4 E 7TH St
        WILM DE 19801
        *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.