IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 05-457 JJF |
| v. | : | |
| | : | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC. | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned, and the law firm of Tighe, Cottrell & Logan, P.A., on behalf of the Plaintiff, Ms. Christine O'Donnell, in the above captioned action.


TIGHE, COTTRELL & LOGAN, P.A.


By:  /s/ G. Kevin Fasic
     G. Kevin Fasic, Esquire
     DE Bar No. 3496
     First Federal Plaza, Suite 500
     P.O. Box 1031
     Wilmington, DE 19899
     (302) 658-6400 - Telephone
     (302) 658-9836 - Facsimile
     k.fasic@lawtcl.com - Electronic Mail

Dated: July 28, 2005