**CERTIFICATE OF SERVICE**

     I, G. Kevin Fasic, Esquire, hereby certify this 28th day of July, 2005, that I caused a true and correct copy of the foregoing Entry of Appearance to be served, by Regular U.S. Mail, postage prepaid, and by the electronic filing system's e-mail notification, upon the following:

> Barry M. Willoughby, Esquire
> Seth J. Reidenberg, Esquire
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391

>   /s/ G. Kevin Fasic
> G. Kevin Fasic, Esquire
> DE Bar No. 3496
> First Federal Plaza, Suite 500
> P.O. Box 1031
> Wilmington, DE 19899
> (302) 658-6400 - Telephone
> (302) 658-9836 - Facsimile
> k.fasic@lawtcl.com - Electronic Mail