IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-457 JJF |
| | ) |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) |
| | ) |
| Defendant. | ) |

STIPULATION

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree that Plaintiff shall file an Amended Complaint on or before September 2, 2005. Defendant shall file an Answer or other responsive pleading to the Amended Complaint on September 22, 2005. The parties further agree that no answer or other responsive pleading shall be filed in response to Plaintiff's Complaint dated July 1, 2005.

| | |
|---|---|
| TIGHE, COTTRELL & LOGAN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ G. Kevin Fasic* | */s/ Barry M. Willoughby* |
| G. Kevin Fasic, Esquire (ID #3496) | Barry M. Willoughby, Esquire (ID #1016) |
| First Federal Plaza, Suite 500 | Seth J. Reidenberg, Esquire (ID #3657) |
| P.O. Box 1031 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, P.O. Box 391 (302) 658- |
| (302) 658-6400; (302) 658-9836 | Wilmington, DE 19899 |
| k.fasic@lawtcl.com | (302) 571-6666; (302) 576-3345 |
| | bwilloughby@ycst.com |
| | sreidenberg@ycst.com |

SO ORDERED this _____ day of _____, 2005.

_____
Farnan, U.S.D.J.