## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 17th day of August, 2005, that I caused a

true and correct copy of the foregoing Stipulation to be served, by the electronic filing system's

e-mail notification, upon the following:


Barry M. Willoughby, Esquire
Seth J. Reidenberg, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391



    /s/ G. Kevin Fasic
G. Kevin Fasic, Esquire
DE Bar No. 3496
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400 - Telephone
(302) 658-9836 - Facsimile
k.fasic@lawtcl.com - Electronic Mail