IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-457 JJF |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) ) ) ) |
| Defendant. | ) ) |

### STIPULATION

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree that Plaintiff shall file an Amended Complaint on or before September 23, 2005. Defendant shall file an Answer or other responsive pleading to the Amended Complaint on October 17, 2005. The parties further agree that no answer or other responsive pleading shall be filed in response to Plaintiff's Complaint dated July 1, 2005.

TIGHE, COTTRELL & LOGAN, P.A.

_/s/_
G. Kevin Fasic, Esquire (ID #3496)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400; (302) 658-9836
k.fasic@lawtcl.com

8/29/05

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_
Barry M. Willoughby, Esquire (ID #1016)
Seth J. Reidenberg, Esquire (ID #3657)
The Brandywine Building
1000 West Street, P.O. Box 391 (302) 658-
Wilmington, DE 19899
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com
sreidenberg@ycst.com

SO ORDERED this _____ day of _____, 2005.

_____
Farnan, U.S.D.J.