IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINE O'DONNELL          :
                             :       C.A. No.:  05-457
          Plaintiff,         :
                             :
v.                           :
                             :       TRIAL BY JURY DEMANDED
INTER-COLLEGIATE STUDIES     :
INSTITUTE, INC.              :
                             :
          Defendant.         :

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 29th day of August, 2005, that I caused a

true and correct copy of the foregoing Stipulation to be served, by the electronic filing system's

e-mail notification, upon the following:


Barry M. Willoughby, Esquire
Seth J. Reidenberg, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391



                              /s/ G. Kevin Fasic
                              G. Kevin Fasic, Esquire
                              DE Bar No. 3496
                              First Federal Plaza, Suite 500
                              P.O. Box 1031
                              Wilmington, DE 19899
                              (302) 658-6400 - Telephone
                              (302) 658-9836 - Facsimile
                              k.fasic@lawtcl.com - Electronic Mail