IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-457 JJF |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | : : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 29th day of September, 2005, that I caused a true and correct copy of the foregoing Amended Complaint to be served, by the electronic filing system's notification process, and also by electronic mail, upon the following:

> Barry M. Willoughby, Esquire
> Seth J. Reidenberg, Esquire
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> bwilloughby@ycst.com

       /s/ G. Kevin Fasic
    G. Kevin Fasic, Esquire
    DE Bar No. 3496
    First Federal Plaza, Suite 500
    P.O. Box 1031
    Wilmington, DE 19899
    (302) 658-6400 - Telephone
    (302) 658-9836 - Facsimile
    k.fasic@lawtcl.com - Electronic Mail