IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL, ) | CASE NO: 05-457 JJF |
| ) | |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| ) | |
| INTERCOLLEGIATE STUDIES ) | |
| INSTITUTE, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT

UPON APPROVAL BY THE COURT, the parties have stipulated, through their respective counsel, that Defendant shall have until November 4, 2005, to answer or otherwise respond to Plaintiff's First Amended Complaint.

TIGHE, COTTRELL & LOGAN, P.A.

_/s/_____
G. Kevin Fasic, Esquire (No. #3496)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400 Telephone
(302) 658-9836 Facsimile
k.fasic@lawtcl.com

Attorneys for Plaintiff

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_/s/_____
Barry M. Willoughby, Esquire
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6697 Telephone
(302) 576-3442 Facsimile
sreidenberg@ycst.com

Attorneys for Defendant

RECEIVED OCT 25 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**IT IS SO ORDERED** this ___27___ day of __October__, ~~2004~~ 2005.

_/s/_____
J.