IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | CASE NO: 05-457 JJF |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| INTERCOLLEGIATE STUDIES | ) | |
| INSTITUTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO DISMISS CERTAIN COUNTS
OF PLAINTIFF'S AMENDED COMPLAINT

Defendant, by and through the undersigned counsel, hereby moves to dismiss the following Counts of Plaintiff's Amended Complaint: Count II (Gender Discrimination Under State Law); Count IV (Retaliation Under State Law); Count VI (Fraudulent Inducement); Count VII (Intentional Infliction of Emotional Distress); Count VIII (Breach of the Implied Covenant of Good Faith and Fair Dealing); Count IX (Tortuous Interference with Contract); Count X (Breach of Employment Contract). In addition, if the Court grants Defendant's Motion with respect to the foregoing state law Counts, Defendant also respectfully requests that this Court decline supplemental jurisdiction over Count V (Defamation) of Plaintiff's Amended Complaint.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ B—

Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendants

Dated: November 7, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2005, I electronically filed a true and correct copy of the foregoing Motion to Dismiss Certain Counts of Plaintiff's Amended Complaint with the Clerk of the Court using CM/ECF and served electronically on the following person. A copy of such Motion was mailed, First Class Mail, postage prepaid to the following person:

> G. Kevin Fasic, Esquire
> Tighe, Cottrell & Logan, P.A.
> First Federal Plaza, Suite 500
> P.O. Box 1031
> Wilmington, DE 19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ B.
> _____
> Barry M. Willoughby, Esquire (No. 1016)
> Seth J. Reidenberg, Esquire (No. 3657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6666; (302) 571-6697
> Facsimile: (302) 576-3345; (302) 576-3442
> bwilloughby@ycst.com; sreidenberg@ycst.com
> Attorneys for Defendants

Dated: November 7, 2005