IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | CASE NO: 05-457 JJF |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| INTERCOLLEGIATE STUDIES | ) | |
| INSTITUTE, INC., | ) | |
| | ) | |

ORDER

Defendant's Motion to Dismiss Count II (Gender Discrimination Under State Law); Count IV (Retaliation Under State Law); Count VI (Fraudulent Inducement); Count VII (Intentional Infliction of Emotional Distress); Count VIII (Breach of the Implied Covenant of Good Faith and Fair Dealing); Count IX (Tortuous Interference with Contract); and Count X (Breach of Employment Contract) of the Amended Complaint, having been duly heard and considered by the Court,

IT IS NOW HEREBY ORDERED this _____ day of _____, 2005, that Defendant's Motion is hereby granted. In light of the granting of Defendant's Motion, the Court declines supplemental jurisdiction over Count V of the Amended Complaint.

_____
The Honorable Joseph J. Farnan
United States District Court Judge