IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | CASE NO: 05-457 JJF |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION FOR BRIEFING SCHEDULE

The parties, by and through the undersigned counsel, hereby stipulate and agree that briefing on Defendant's Motion to Dismiss shall take place on the following schedule:

1. Defendant's Opening Brief shall be filed on or before December 16, 2005;

2. Plaintiff's Answering Brief shall be filed on or before January 17, 2006; and

3. Defendant's Reply Brief on or before January 31, 2006.

| | |
|---|---|
| TIGHE, COTTRELL & LOGAN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ G. Kevin Fasic | /s/ Barry M. Willoughby |
| G. Kevin Fasic, Esquire (No. #3496) | Barry M. Willoughby, Esquire (No. 1016) |
| First Federal Plaza, Suite 500 | Seth J. Reidenberg, Esquire (No. 3657) |
| P.O. Box 1031 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| Telephone: (302) 658-6400 | P.O. Box 391 |
| Facsimile: (302) 658-9836 | Wilmington, Delaware 19899-0391 |
| k.fasic@lawtcl.com | Telephone: (302) 571-6666; (302) 571-6697 |
| Attorneys for Plaintiff | Facsimile: (302) 576-3345; (302) 576-3442 |
| | bwilloughby@ycst.com; sreidenberg@ycst.com |
| | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2005.

_____
J.