IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | CASE NO: 05-457 JJF |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| INTERCOLLEGIATE STUDIES | ) | |
| INSTITUTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF WITHDRAWAL OF
DEFENDANT, INTERCOLLEGIATE STUDIES INSTITUTE, INC.,
<u>MOTION TO DISMISS WITHOUT PREJUDICE</u>**

Subject to the approval of the Court, it is hereby stipulated to, by and between the parties, through their undersigned counsel, that the Motion to Dismiss filed by the Defendant, Intercollegiate Studies Institute, Inc., on November 7, 2005 [D.I. # 13] is hereby withdrawn without prejudice.

IT IS FURTHER AGREED that all of the issues raised in the Motion to Dismiss are not waived and are specifically hereby preserved and may be raised any time subsequent to this Withdrawal.

| TIGHE, COTTRELL & LOGAN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| _/s/_ | _/s/_ |
| G. Kevin Fasic, Esquire (No. #3496) | Barry M. Willoughby, Esquire (No. 1016) |
| First Federal Plaza, Suite 500 | Seth J. Reidenberg, Esquire (No. 3657) |
| P.O. Box 1031 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| Telephone: (302) 658-6400 | P.O. Box 391 |
| Facsimile: (302) 658-9836 | Wilmington, Delaware 19899-0391 |
| k.fasic@lawtcl.com | Telephone: (302) 571-6666; (302) 571-6706 |
| Attorneys for Plaintiff | Facsimile: (302) 576-3345; (302) 576-3442 |
| | bwilloughby@ycst.com; sreidenberg@ycst.com |
| | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2005.

_____
J.