# TIGHE, COTTRELL & LOGAN, P.A.

*Attorneys at Law*

704 NORTH KING STREET, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
Toll Free: (800) 645-6401
WRITER'S EMAIL: k.fasic@lawtcl.com

| BRANCH OFFICES: | | |
|---|---|---|
| 13 WEST AVENUE | 1220C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| P.O. BOX 303 | SUITE 505 | PHILADELPHIA, PA 19130-3804 |
| WOODSTOWN, NJ 08098 | TOWSON, MD 21286 | |

**By Electronic Filing Only**

February 23, 2006

The Honorable Joseph J. Farnan
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

        RE:    **Christine O'Donnell v. Inter-collegiate Studies Institute**
                 **Civil Action No. 05-457 JJF**
                 **Our File No. 8610**

Dear Judge Farnan:

      Pursuant to Your Honor's request, the proposed Rule 16 Scheduling Order is being electronically filed simultaneous with this correspondence. Counsel have met and conferred on this proposed Order, and consent to my filing as a joint submission.

      Counsel are available at the Court's convenience if there are any questions or concerns about this proposed Order, for either a telephone conference or a hearing.

                                    Very truly yours,
                                    TIGHE, COTTRELL & LOGAN, P.A.

                                    By: _____
                                        G. Kevin Fasic, Esquire

GKF/jt
Enclosure
cc:    Barry Willoughby, Esquire (w/ encl.)
        Seth Reidenberg, Esquire (w/ encl.)