IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-457-JJF |
| | ) |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for defendant Intercollegiate Studies Institute, Inc., hereby certify that copies of Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were caused to be served on February 28, 2006 upon the following counsel of record in the manner indicated below:

### BY HAND DELIVERY

G. Kevin Fasic, Esquire
Tighe, Cotrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email: bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

Dated: February 28, 2006

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on February 28, 2006 I caused to be electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading. I further certify that on February 28, 2006, I served this Notice of Service on the following counsel of record in the manner indicated below:

### BY HAND DELIVERY

G. Kevin Fasic, Esquire
Tighe, Cotrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

Seth J. Reidenberg (No. 3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6697
sreidenberg@ycst.com
Attorneys for Defendant