IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL : | |
| : | C.A. No.: 05-457 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | TRIAL BY JURY DEMANDED |
| INTER-COLLEGIATE STUDIES : | |
| INSTITUTE, INC. : | |
| : | |
| Defendant. : | |

### NOTICE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 10th day of March, 2006, that I caused a true and correct copy of the foregoing *Plaintiff Christine O'Donnell's Initial Disclosures Pursuant to Rule 26(a)(1)* to be served, by CM/ECF electronic filing system's e-mail notification, upon the following:

> Barry M. Willoughby, Esquire
> Seth J. Reidenberg, Esquire
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-039

> /s/ G. Kevin Fasic
> G. Kevin Fasic, Esquire
> DE Bar No. 3496
> One Customs House, Suite 500
> P.O. Box 1031
> Wilmington, DE 19899
> (302) 658-6400 - Telephone
> (302) 658-9836 - Facsimile
> k.fasic@lawtcl.com - Electronic Mail