IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.: 05-457-JJF |
| | ) |
| INTERCOLLEGIATE STUDIES | )  JURY TRIAL DEMANDED |
| INSTITUTE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on April 28, 2006, two copies of **Defendant's First Set of Interrogatories Directed to Plaintiff** were hand delivered to the following counsel of record:

>G. Kevin Fasic Esquire
>Tighe Cottrell & Logan PA
>First Federal Plaza, Suite 500
>PO Box 1031
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/Barry M. Willoughby
>Barry M. Willoughby, Esquire (No. 1016)
>Seth J. Reidenberg, Esquire (No. 3657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6666; (302) 571-6697
>Facsimile: (302) 576-3345; (302) 576-3442
>Email: bwilloughby@ycst.com; sreidenberg@ycst.com
>Attorneys for Defendant

Dated: April 28, 2006

## **CERTIFICATE OF SERVICE**

       I, Barry M. Willoughby, Esquire, hereby certify that on April 28, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service with the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

       G. Kevin Fasic Esquire
       Tighe Cottrell & Logan PA
       First Federal Plaza, Suite 500
       PO Box 1031
       Wilmington, DE 19899

       I further certify that on April 28, 2006, I caused a copy of the foregoing Notice of Service to be served by hand-delivery on the following counsel of record:

       G. Kevin Fasic Esquire
       Tighe Cottrell & Logan PA
       First Federal Plaza, Suite 500
       PO Box 1031
       Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Barry M. Willoughby
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email: bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant