IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-457-JJF |
| | ) | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on April 28, 2006, two copies of **Defendant's First Request for Production of Documents Directed to Plaintiff** were hand delivered to the following counsel of record:

> G. Kevin Fasic Esquire
> Tighe Cottrell & Logan PA
> First Federal Plaza, Suite 500
> PO Box 1031
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Barry M. Willoughby
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email: bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant

Dated: April 28, 2006

## **CERTIFICATE OF SERVICE**

I, Barry M. Willoughby, Esquire, hereby certify that on April 28, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service with the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    G. Kevin Fasic Esquire
    Tighe Cottrell & Logan PA
    First Federal Plaza, Suite 500
    PO Box 1031
    Wilmington, DE 19899

I further certify that on April 28, 2006, I caused a copy of the foregoing Notice of Service to be served by hand-delivery on the following counsel of record:

    G. Kevin Fasic Esquire
    Tighe Cottrell & Logan PA
    First Federal Plaza, Suite 500
    PO Box 1031
    Wilmington, DE 19899

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/Barry M. Willoughby
    Barry M. Willoughby, Esquire (No. 1016)
    Seth J. Reidenberg, Esquire (No. 3657)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6666; (302) 571-6697
    Facsimile: (302) 576-3345; (302) 576-3442
    Email:  bwilloughby@ycst.com; sreidenberg@ycst.com
    Attorneys for Defendant