# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL | : | |
| | : | C.A. No.: 05-457 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | TRIAL BY JURY DEMANDED |
| INTER-COLLEGIATE STUDIES INSTITUTE, INC. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 1st day of May, 2006, that I caused a true and correct copy of *Plaintiff's First Set of Interrogatories and Request for Production Directed to Defendant Inter-Collegiate Studies Institute* to be served, by hand delivery upon the following:

    Barry M. Willoughby, Esquire
    Seth J. Reidenberg, Esquire
    Young, Conaway, Stargatt & Taylor
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391

    /s/ G. Kevin Fasic
    G. Kevin Fasic, Esquire
    DE Bar No. 3496
    One Customs House, Suite 500
    P.O. Box 1031
    Wilmington, DE 19899
    (302) 658-6400 - Telephone
    (302) 658-9836 - Facsimile
    k.fasic@lawtcl.com - Electronic Mail