IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | |
| | ) | |
| Plaintiff | ) | C.A. 05-457 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| INTERCOLLEGIATE STUDIES INSTITUTE, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED[1] STIPULATED SCHEDULING ORDER**

Subject to approval by this Court, Plaintiff, Christine O'Donnell, and Defendant, Intercollegiate Studies Institute, by and through their respective undersigned counsel, hereby stipulate and agree that the scheduling order entered into on March 8, 2006, [D.I. 19] is amended as follows and will control this action:

1. **Discovery.**

    (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by March 16, 2007.

    (b) Maximum of twenty-five (25) interrogatories by each party to any other party.

    (c) No limit upon Requests for Admissions by each party to any other party.

    (d) Maximum of twenty (20) depositions by each party. Depositions of fact witnesses to be completed on or before March 16, 2007, subject ot written agreement of the parties or application to the Court for an extension of time to complete depositions of fact witnesses.

---

[1] Amendments to the scheduling order are denoted by "_____."

(e) Reports from retained experts required by Fed.R.Civ.P. 26(a)(2) are due from the plaintiff by March 30, 2007; from the defendant by April 16, 2007.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than May 15, 2007, unless otherwise agreed in writing by the parties.

**2. Discovery Disputes.**

(a) A party seeking discovery which the other party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's positions.

(c) Upon receipt of the Answer, the Movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(d) Upon receipt of the movant's email, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

**3. Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before March 15, 2007.

**4. Case Dispositive Motions.** Any case dispositive motions, pursuant to Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before June 15, 2007, with a Response Brief due on or before July 16, 2007, and a Reply Brief due on or before July 30,

<u>2007</u>. No case dispositive motion may be filed more than ten (10) days from the above date without leave of Court.

5. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-disposition motion shall contain the statement required by D.Del. LR 7.1.1. Non-dispositive briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at <u>jjf_civil@ded.uscourts.gov</u>. The e-mail shall provide a short statement describing the emergency.

6. **Pretrial Conference and Trial.** <u>A Pretrial Conference is scheduled for March 8, 2007 at 2:00 p.m. After reviewing the parties' Amended Scheduling Order, the Court will decide if the conference shall be rescheduled.</u>

The Court will determine whether the trial date should be scheduled when the Amended Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.



_____
G. Kevin Fasic, Esquire (No. 3496)
1225 King Street, Suite 200
Wilmington, DE 19801
Telephone: (302) 654-4501
Facsimile: (302) 654-4406
Email: k.fasic@lawgkf.com
Attorney for Plaintiff

Dated: **9-13-06**

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email: bwilloughby@ycst.com;
sreidenberg@ycst.com
Attorneys for Defendant

Dated: **9/14/06**

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.

DB01:2187202.1                                                                    063128.1001