# LAW OFFICES OF G. KEVIN FASIC
Attorney at Law

1225 King Street, Suite 200 ● Legal Arts Building ● Wilmington, DE 19801
Telephone: (302) 654-4501 ● Facsimile: (302) 654-4406 ● E-Mail: k.fasic@lawgkf.com

September 14, 2006

**VIA HAND DELIVERY**

Peter Dalleo, Ph.D.
Clerk of Court
District Court of Delaware
844 King Street, Room 4209
Wilmington, DE 19801

     **RE:**    Updating CM/ECF Information

Dear Mr. Dalleo:

    This letter is to advise of my new contact information which has been provided above. The following is a list of all active cases currently in the Delaware District Court:

1. Glenn Palmer and Andrew Erhart v. Lowe's, et al.   06-00353 (KAJ)
2. Christine O'Donnell v. Inter-Collegiate Studies Institute   05-00457 (JJF)

Please do not hesitate to contact me should you have any questions or comments.

                              Very truly yours,

                              LAW OFFICES OF G. KEVIN FASIC

                              By: _____
                                 G. Kevin Fasic, Esquire

GKF/jt