IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> INTER-COLLEGIATE STUDIES : <br> INSTITUTE, INC. : <br> : <br> Defendant. : | C.A. No.: 05-457 <br><br> TRIAL BY JURY DEMANDED |

## SUBSTITUTION OF COUNSEL

PLEASE withdraw the appearance of the law firm Tighe, Cottrell & Logan, P.A. as counsel for the plaintiff in the above-captioned action and substitute the Law Offices of G. Kevin Fasic, with offices as set forth below, as counsel for that party. Counsel of record, G. Kevin Fasic, Esquire, shall remain the same.

LAW OFFICES OF G. KEVIN FASIC

By: /s/ G. Kevin Fasic
    G. Kevin Fasic, Esquire (DE 3496)
    1225 King Street, Suite 200
    Legal Arts Building
    Wilmington, DE 19801
    (302) 654-4501 - Telephone
    (302) 654-4406 - Facsimile
    k.fasic@lawgkf.com - E-Mail

    *Attorney for Plaintiff*
    *Christine O'Donnell*

Dated: September 18, 2006