## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL : | |
| : | C.A. No.: 05-457 |
| Plaintiff, : | |
| : | TRIAL BY JURY DEMANDED |
| v. : | |
| : | |
| INTER-COLLEGIATE STUDIES : | |
| INSTITUTE, INC. : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 19th day of September, 2006 that I caused a true and correct copy of the foregoing Substitution of Counsel to be served, by the method indicated below, upon the following:

**By CM/ECF Electronic Filing**:

Barry M. Willoughby, Esquire
Seth J. Reidenberg, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)