# LAW OFFICES OF G. KEVIN FASIC
Attorney at Law
1225 King Street, Suite 200 ● Legal Arts Building ● Wilmington, DE 19801
Telephone: (302) 654-4501 ● Facsimile: (302) 654-4406 ● E-Mail: k.fasic@lawgkf.com

**By Electronic Filing Only**

March 7, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street,
Room 4124
Lock Box 27
Wilmington, DE 19801

      RE:    Christine O'Donnell v. Inter-Collegiate Studies Institute
                Civil Action No. 05-457 JJF
                Our File No. 1117

Dear Judge Farnan:

      Accompanying this letter Your Honor will please find the Stipulation entered into by counsel to extend the discovery date in the Scheduling Order by a period of six (6) months. Counsel jointly and respectfully request that Your Honor grant the Stipulation.

      Your Honor will recall that an extension of the discovery period was requested and granted in September, 2006. At that time mediation before Magistrate Judge Thynge was pending, and counsel had some optimism that a resolution could be achieved, or the gap narrowed, through this process. Despite a serious effort on both sides, it appears unlikely that settlement can be reached without further discovery. Counsel continue to address the issue of the protective order, and believe that we can do so without the intervention of the Court. Assuming that this issue can be resolved very shortly, we expect that discovery can be completed within the new time frame, and the matter prepared for trial in an appropriate manner.

      Should Your Honor have any questions about this request counsel will be available for a status conference, either by telephone or in Court, at Your Honor's direction. Please accept the thanks of counsel for consideration of this request.

      Very truly yours,

      LAW OFFICES OF G. KEVIN FASIC

      By: /s/ G. Kevin Fasic
            G. Kevin Fasic, Esquire (DE 3496)

GKF/jt