IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINE O'DONNELL                      :
                                         :       C.A. No.: 05-457
            Plaintiff,                   :
                                         :
v.                                       :
                                         :       TRIAL BY JURY DEMANDED
INTER-COLLEGIATE STUDIES                 :
INSTITUTE, INC.                          :
                                         :
            Defendant.                   :

## STIPULATION OF EXTENSION OF TIME FOR DISCOVERY

UPON APPROVAL BY THE COURT, the parties have stipulated, through their

respective counsel, that the discovery period shall be extended until September 17, 2007.

LAW OFFICES OF G. KEVIN FASIC

_____
G. Kevin Fasic, Esq. (DE 3496)
Legal Arts Building
1225 King Street, Suite 200
Wilmington, DE 19801
302-654-4501
k.fasic@lawgkf.com


*Attorney for Plaintiff*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Barry M. Willoughby, Esq. (DE 1016)
Seth J. Reidenberg, Esq. (DE 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6697
sreidenberg@ycst.com

*Attorney for Defendant*