**<u>EXHIBIT A</u>**

<u>AGREEMENT</u>

I, _____, hereby acknowledge that I have received and read, and agree

that I will comply with, the Confidentiality Stipulation and Protective Order in the action of

O'Donnell v. Intercollegiate Studies Institute, in the United States District Court for the District

of Delaware, Civil Action No. 05-457(JJF).

Date:_____        Signature:_____