IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> INTER-COLLEGIATE STUDIES : <br> INSTITUTE, INC. : <br> : <br> Defendant. : | C.A. No.: 05-457 <br><br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF MOTION

TO:  Ms. Christine O'Donnell          Barry M. Willoughby, Esquire
     518 North Lincoln Street          Young, Conaway, Stargatt & Taylor, LLP
     Wilmington, DE 19805              1000 West Street, 17th Floor
                                       P.O. Box 391
                                       Wilmington, DE 19899-0391

PLEASE TAKE NOTICE, that on a date and time to be established by the Court, or as soon thereafter as counsel may be heard, the undersigned shall move for leave to withdraw as counsel for plaintiff. Counsel's Motion, Proposed Order, and Certificate of Service are being filed simultaneously herewith.

                              LAW OFFICES OF G. KEVIN FASIC

                              By: /s/ G. Kevin Fasic
                                  G. Kevin Fasic, Esquire (DE 3496)
                                  1225 King Street, Suite 200
                                  Legal Arts Building
                                  Wilmington, DE 19801
                                  (302) 654-4501 - Telephone
                                  (302) 654-4406 - Facsimile
                                  k.fasic@lawgkf.com - E-Mail

Dated: August 13, 2007