IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL | : | |
| | : | C.A. No.:  05-457 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | TRIAL BY JURY DEMANDED |
| INTER-COLLEGIATE STUDIES | : | |
| INSTITUTE, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2007, the

Court having heard the Motion of G. Kevin Fasic, Esquire, and the Law Offices of G. Kevin

Fasic, LLC, for leave to withdraw as counsel for plaintiff, and any response filed thereto, it is

hereby Ordered that such Motion is granted.

Mr. Fasic and his firm shall be allowed leave to withdraw as counsel as of the date of this

Order.  All existing deadlines in this case shall be extended for a period of not less than _____

days/months.

_____
Judge