# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHRISTINE O'DONNELL                    :
                                       :       C.A. No.:  05-457
                    Plaintiff,         :
                                       :
v.                                     :
                                       :       TRIAL BY JURY DEMANDED
INTER-COLLEGIATE STUDIES               :
INSTITUTE, INC.                        :
                                       :
                    Defendant.         :

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 13th day of August, 2006, that I caused a

true and correct copy of the within Motion for Leave to Withdraw as Counsel to be served, by the

method indicated below, upon the following:

**By Regular U.S. Mail, Postage Prepaid**
Ms. Christine O'Donnell
518 North Lincoln Street
Wilmington, DE 19805

**By CM/ECF Electronic Filing**
Barry M. Willoughby, Esquire
Seth J. Reidenberg, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

_____
G. Kevin Fasic, Esquire (DE 3496)
Law Offices of G. Kevin Fasic, LLC
1225 King Street, Suite 200
Wilmington, DE 19801
(302) 654-4501 - Telephone
(302) 654-4406 - Facsimile
k.fasic@lawgkf.com - E-Mail