IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-457-JJF |
| | ) | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO THE MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Defendant, Intercollegiate Studies Institute, Inc. ("ISI"), by and through its undersigned counsel, hereby responds to the Motion for Leave to Withdraw as Counsel filed by G. Kevin Fasik, as follows:

1. On August 13, 2007, counsel for the Plaintiff, Christine O'Donnell, filed a Motion for Leave to Withdraw ("Motion"). The Motion requested permission for G. Kevin Fasic to withdraw as counsel for the Plaintiff and requested a reasonable extension of the current scheduling deadlines.

2. ISI has no opposition to Mr. Fasic's request to be permitted to withdraw as counsel for the Plaintiff.

3. ISI, furthermore, has no objection to the request by Mr. Fasic that the existing deadlines in this case be extended to allow the Plaintiff to retain new counsel. ISI, however, requests that rather than simply extending the current scheduling order, ISI proposes that Order require Plaintiff to obtain new counsel within a reasonable amount of time and that, once new counsel is obtained, the Parties submit a proposed amended scheduling order setting forth deadlines for discovery, dispositive motions, and a pretrial conference.

-2-

Respectfully submitted,

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

 /s/ Seth J. Reidenberg
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email: bwilloughby@ycst.com;
sreidenberg@ycst.com
Attorneys for Defendant

Dated: August 14, 2007