IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINE O'DONNELL,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :    Civil Action No. 05-457-JJF
                                    :
INTER-COLLEGIATE STUDIES            :
INSTITUTE, INC.,                    :
                                    :
        Defendant.                  :

### O R D E R

WHEREAS, a Motion For Leave To Withdraw As Counsel (D.I. 37) was filed by G. Kevin Fasic requesting leave of Court to withdraw as counsel for Plaintiff and seeking to extend the deadlines in the Scheduling Order for a reasonable time to allow Plaintiff or her new counsel to adequately prepare for trial in this case;

WHEREAS, Defendant does not oppose Mr. Fasic's Motion, but requests the Court to allow Plaintiff a reasonable period of time to obtain new counsel before extending the Scheduling Order's deadlines;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The Motion For Leave To Withdraw As Counsel (D.I. 37) filed by G. Kevin Fasic is **GRANTED**.

2.    The deadlines in the Scheduling Order are amended as follows:

        a.    All discovery shall be completed by November 17, 2007.

b.    Case dispositive motions are due by January 17, 2008. Briefing is to be completed in accordance with the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended June 30, 2007).

c.    The Pretrial conference set for October 4, 2007 is **CANCELLED**. Pretrial Conference and Trial dates will be set by separate Order.

3.    If Plaintiff retains new counsel, counsel shall enter his appearance no later than October 1, 2007.


_September 24, 2007_
         DATE                          UNITED STATES DISTRICT JUDGE

2