IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-457-JJF |
| | ) | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

TO:   Ms. Christine O'Donnell
      518 N. Lincoln Street
      Wilmington, DE 19805

PLEASE TAKE NOTICE that Defendant, Intercollegiate Studies Institute, Inc., will take the deposition of Christine O'Donnell at the law offices of Young Conaway Startgatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware on November 5, 2007 at 9:00 a.m. The deposition shall continue day to day until completed.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email: bwilloughby@ycst.com;
sreidenberg@ycst.com
Attorneys for Defendant

Dated: 10/18/07

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, hereby certify that on this 18TH day of October, 2007, I caused two copies of Defendant Intercollegiate Studies Institute, Inc.'s Notice of Deposition of Christine O'Donnell to be served as follows:

**VIA US MAIL AND VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

Ms. Christine O'Donnell
518 N. Lincoln Street
Wilmington, DE 19805

_____
Seth J. Reidenberg, Esquire (3657)