IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINE O'DONNELL,                    :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 :    Civil Action No. 05-457-JJF
                                        :
INTER-COLLEGIATE STUDIES                :
INSTITUTE, INC.,                        :
                                        :
          Defendant.                    :

## O R D E R

WHEREAS, a Pretrial Conference is required in the above-caption action;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Thursday, December 6, 2007 at 3:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the Pretrial Conference.


October 18, 2007
_____
DATE

_____
UNITED STATES DISTRICT JUDGE