IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-457-JJF |
| | ) | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### RE- NOTICE OF DEPOSITION

TO:   Ms. Christine O'Donnell
       518 N. Lincoln Street
       Wilmington, DE 19805

PLEASE TAKE NOTICE that Defendant, Intercollegiate Studies Institute, Inc., will take the deposition of Christine O'Donnell at the law offices of Young Conaway Startgatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware on November 14, 2007 and November 15, 2007 beginning at 9:00 a.m.  The deposition shall continue day to day until completed.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/S/Seth J. Reidenberg*
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email:  bwilloughby@ycst.com;
sreidenberg@ycst.com
Attorneys for Defendant_____

Dated: October 25, 2007

**CERTIFICATE OF SERVICE**

I, Seth J. Reidenberg, hereby certify that on October 25, 2007, I electronically filed a true and correct copy of the foregoing **Re-Notice of Deposition** with the Clerk of the Court using CM/ECF and that, on the same day, I caused the **Re-Notice of Deposition** to be served by depositing one copy of same in U.S. Certified Mail with a Return Receipt Requested and two copies of same in the U.S. First Class Mail, and via electronic mail to the following non-registered participant:

> Ms. Christine O'Donnell
> 518 N. Lincoln Street
> Wilmington, DE 19805
> Micah6@aol.com

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> */S/Seth J. Reidenberg*
> Barry M. Willoughby, Esquire (No. 1016)
> Seth J. Reidenberg, Esquire (No. 3657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6666; (302) 571-6697
> Facsimile: (302) 576-3345; (302) 576-3442
> Email: bwilloughby@ycst.com;
> sreidenberg@ycst.com
> Attorneys for Defendant_____