IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-457-JJF |
| | ) | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

<u>**RE- NOTICE OF DEPOSITION**</u>

TO:  Ms. Christine O'Donnell
     518 N. Lincoln Street
     Wilmington, DE 19805

PLEASE TAKE NOTICE that Defendant, Intercollegiate Studies Institute, Inc., will take the deposition of Christine O'Donnell at the law offices of Young Conaway Startgatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware on November 15, 2007 beginning at 9:00 a.m.  The deposition shall continue day to day until completed.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/Barry M. Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email:  bwilloughby@ycst.com;
sreidenberg@ycst.com
Attorneys for Defendant

Dated: November 5, 2007

**CERTIFICATE OF SERVICE**

       I, Seth J. Reidenberg, hereby certify that on November 5, 2007, I electronically filed a true and correct copy of the foregoing **Re-Notice of Deposition** with the Clerk of the Court using CM/ECF and that, on the same day, I caused the **Re-Notice of Deposition** to be served by depositing one copy of same in U.S. Certified Mail with a Return Receipt Requested and one copy of same in the U.S. First Class Mail, and electronic mail to the following non-registered participant:

          Ms. Christine O'Donnell
          518 N. Lincoln Street
          Wilmington, DE 19805
          Micah6@aol.com

          YOUNG CONAWAY STARGATT &
          TAYLOR, LLP

          */s/Barry M. Willoughby*
          Barry M. Willoughby, Esquire (No. 1016)
          Seth J. Reidenberg, Esquire (No. 3657)
          The Brandywine Building
          1000 West Street, 17th Floor
          P.O. Box 391
          Wilmington, Delaware 19899-0391
          Telephone: (302) 571-6666; (302) 571-6697
          Facsimile: (302) 576-3345; (302) 576-3442
          Email: bwilloughby@ycst.com;
          sreidenberg@ycst.com
          Attorneys for Defendant