

Case No.
05-457-JJF

November 14, 2007

Dear Honorable Judge Farnan:

I write to respectfully request an extension of the deadline to retain new counsel and the discovery cut-off date of November 17, 2007. I acknowledge that multiple extensions have already been granted by stipulation and that this case has been pending for some time now. I further acknowledge that on August 13, 2007, G. Kevin Fasic, Esquire filed a motion to withdraw as counsel on civil action number 05-457-JJF, which Your Honor granted. I also acknowledge that, on September 24, 2007, Your Honor set a deadline for new counsel to enter an appearance, by October 1, 2007. Since that time, I have been seeking new counsel. Regretfully I was unsuccessful, until late last week, to found counsel who is willing to consider taking on this case at this point. I have not yet finalized the retention; and even this new counsel has stated an intent to pursue and extension of discovery, in the event this Court allows a late entry of appearance. I have communicated with opposing counsel and understand he is opposed to my request for an extension of time. Nonetheless, opposing counsel has agreed to postpone the deposition scheduled for November 15, 2007, pending your ruling on my request. I would appreciate Your Honor's consideration of my request.

If helpful to the Court, I am available for a conference, at the convenience of the court. My telephone number is 302-299-8067.

Respectfully,

Christine O'Donnell
518 North Lincoln Street
Wilmington, DE 19805

Cc; Barry Willoughby, Esquire, via facsimile and hand-delivery.