IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-457 JJF |
| | ) |
| INTERCOLLEGIATE STUDIES | ) |
| INSTITUTE, INC. | ) |
| | ) |
| Defendant. | ) |

OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND
DISCOVERY AND DATE FOR IDENTIFICATION OF COUNSEL

Defendant, Intercollegiate Studies Institute, Inc. ("ISI"), opposes Plaintiff, Christine O'Donnell's ("O'Donnell"), request for an extension of discovery and deadline for identification of new counsel. In support of this motion, Defendant respectfully represents as follows:

1. O'Donnell filed this action *pro se* on July 1, 2005. Prior to filing suit in this Court, O'Donnell had been represented by at least two prior attorneys.

2. On July 28, 2005, Kevin Fasic, Esquire entered his appearance for O'Donnell.

3. O'Donnell has been difficult and uncooperative throughout the conduct of this litigation. For example, she refused to agree to a standard Confidentiality Order for several months despite the urging of her counsel that she agree to its terms.

4. Though the Confidentiality Order was finally agreed to and approved by the Court, O'Donnell failed or refused to produce documents claiming, *inter alia,* that her paper documents were destroyed by a flooding of the basement in the location where they were allegedly kept, and that her laptop was "stolen."

5. Plaintiff's counsel, Kevin Fasic, filed a motion to withdraw from representation of O'Donnell for the reasons set forth herein on August 13, 2007.

6. On September 24, 2007, this Court entered an Order (D.I. 39) approving Mr. Fasic's withdrawal and providing that Ms. O'Donnell identify counsel, if any, on or before October 1, 2007. The Court also set a discovery cutoff date of November 17, 2007.

7. On November 14, 2007, Plaintiff filed a request to this Court for additional time to obtain counsel and for an extension of discovery. Though counsel for the Defendant opposed the Motion, Defendant agreed to reschedule Plaintiff's deposition, then scheduled for November 15, 2007 to allow the Court to act on Plaintiff's motion.

8. Plaintiff's Motion should be denied because she has had more than ample opportunity to engage counsel and conduct discovery in this matter. Further delay is not warranted, particularly in view of Plaintiff's failure to cooperate in discovery and her apparent difficulty in cooperating with at least three other attorneys previously engaged.

WHEREFORE, Defendant respectfully requests that Plaintiff's Motion for an extension of time to obtain counsel and to extend discovery be denied.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/Seth J. Reidenberg*
> Barry M. Willoughby, Esquire (No. 1016)
> Seth J. Reidenberg, Esquire (No. 3657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6666; (302) 571-6697
> Facsimile: (302) 576-3345; (302) 576-3442
> Email: bwilloughby@ycst.com; sreidenberg@ycst.com
> Attorneys for Defendant

Dated: November 19, 2007

**CERTIFICATE OF SERVICE**

       I, Seth J. Reidenberg, hereby certify that on November 19, 2007, I electronically filed a true and correct copy of the foregoing **Opposition to Plaintiff's Motion to Extend Discovery and Date for Identification of Counsel** with the Clerk of the Court using CM/ECF and that, on the same day, I caused the **Opposition to Plaintiff's Motion to Extend Discovery and Date for Identification of Counsel** to be served by depositing one copy of same in U.S. Certified Mail with a Return Receipt Requested and one copy of same in the U.S. First Class Mail, to the following non-registered participant:

                                        Ms. Christine O'Donnell
                                        518 N. Lincoln Street
                                        Wilmington, DE 19805

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/Seth J. Reidenberg*
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email: bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant