IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-457 JJF |
| | ) |
| INTERCOLLEGIATE STUDIES | ) |
| INSTITUTE, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff's Motion for an extension of time to obtain counsel and for an extension of discovery having been duly presented and heard by the Court,

It is now hereby ordered this _____ day of _____, 2007, that Plaintiff's Motion is denied.

_____
The Honorable Joseph J. Farnan, Jr.