IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE O'DONNELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-457-JJF |
| INTER-COLLEGIATE STUDIES INSTITUTE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Plaintiff filed a letter request to extend time to complete discovery and to allow additional time to retain counsel (D.I. 46);

WHEREAS, Defendant filed an Opposition to Plaintiff's Motion to Extend Discovery and Date for Identification of Counsel (D.I. 47);

WHEREAS, given the Plaintiff's Pro Se status, the Court finds Plaintiff's request to be reasonable and in the interest of justice;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Request to extend time to complete discovery and to allow additional time to retain counsel (D.I. 46) is **GRANTED**.

2) The Pretrial Conference set for December 6, 2007 at 3:30 p.m. is **CANCELLED**.

3) Plaintiff shall notify the Court by **December 14, 2007**, if she has retained new counsel or otherwise

intends to proceed Pro Se.

IT IS FURTHER ORDERED that the deadlines in the Scheduling Order are amended as follows:

    a)    All discovery shall be completed by **January 29, 2008**.

    b)    Case dispositive motions are due no later than **February 29, 2008**.

    c)    A Pretrial Conference will be held on **Thursday, April 3, 2008 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

    d)    Trial will commence on **Monday, April 14, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

November 20, 2007  
DATE

_____  
UNITED STATES DISTRICT JUDGE