IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-457-JJF |
| | ) | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

### RE- NOTICE OF DEPOSITION

TO:  Ms. Christine O'Donnell
      518 N. Lincoln Street
      Wilmington, DE 19805

PLEASE TAKE NOTICE that Defendant, Intercollegiate Studies Institute, Inc., will take the deposition of Christine O'Donnell at the law offices of Young Conaway Startgatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware on January 25, 2008 beginning at 9:30 a.m. The deposition shall continue day to day until completed.

                                            YOUNG CONAWAY STARGATT &
                                            TAYLOR, LLP

                                            */s/Barry M. Willoughby*
                                            Barry M. Willoughby, Esquire (No. 1016)
                                            Seth J. Reidenberg, Esquire (No. 3657)
                                            The Brandywine Building
                                            1000 West Street, 17th Floor
                                            P.O. Box 391
                                            Wilmington, Delaware 19899-0391
                                            Telephone: (302) 571-6666; (302) 571-6697
                                            Facsimile: (302) 576-3345; (302) 576-3442
                                            Email: bwilloughby@ycst.com;
                                            sreidenberg@ycst.com
                                            Attorneys for Defendant

Dated: January 7, 2008

## CERTIFICATE OF SERVICE

I, Barry M. Willoughby, hereby certify that on January 7, 2008, I electronically filed a true and correct copy of the foregoing **Re-Notice of Deposition** with the Clerk of the Court using CM/ECF and that, on the same day, I caused the **Re-Notice of Deposition** to be served by depositing one copy of same in U.S. Certified Mail with a Return Receipt Requested and one copy of same in the U.S. First Class Mail, and electronic mail to the following non-registered participant:

>Ms. Christine O'Donnell
>518 N. Lincoln Street
>Wilmington, DE 19805
>Micah6@aol.com

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>*/s/Barry M. Willoughby*
>Barry M. Willoughby, Esquire (No. 1016)
>Seth J. Reidenberg, Esquire (No. 3657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6666; (302) 571-6697
>Facsimile: (302) 576-3345; (302) 576-3442
>Email: bwilloughby@ycst.com;
>sreidenberg@ycst.com
>Attorneys for Defendant