IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINE O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-457-JJF |
| | ) | |
| INTERCOLLEGIATE STUDIES INSTITUTE, INC., | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO:  Ms. Christine O'Donnell
    518 N. Lincoln Street
    Wilmington, DE 19805

PLEASE TAKE NOTICE that Defendant, Intercollegiate Studies Institute, Inc., will take the deposition of Holly Hosler at the law offices of Young Conaway Startgatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware on January 28, 2008, beginning at 10:00 a.m.  The deposition shall continue day to day until completed.

                YOUNG CONAWAY STARGATT &
                TAYLOR, LLP

                */S/Barry M. Willoughby*
                Barry M. Willoughby, Esquire (No. 1016)
                Seth J. Reidenberg, Esquire (No. 3657)
                The Brandywine Building
                1000 West Street, 17th Floor
                P.O. Box 391
                Wilmington, Delaware 19899-0391
                Telephone: (302) 571-6666; (302) 571-6697
                Facsimile: (302) 576-3345; (302) 576-3442
                Email:  bwilloughby@ycst.com;
                sreidenberg@ycst.com
                Attorneys for Defendant

Dated: January 17, 2008

**CERTIFICATE OF SERVICE**

      I, Barry M. Willoughby, hereby certify that on January 17, 2008, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF and that, on the same day, I caused the **Notice of Deposition** to be served by depositing one copy of same in U.S. Certified Mail with a Return Receipt Requested and one copy of same in the U.S. First Class Mail, and via electronic mail to the following non-registered participant:

      Ms. Christine O'Donnell
      518 N. Lincoln Street
      Wilmington, DE 19805

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/S/Barry M. Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6697
Facsimile: (302) 576-3345; (302) 576-3442
Email: bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendant