January 24, 2008

Honorable Judge Farnan
United States District Court
for the District of Delaware
Federal Building, Room 6325
844 King Street
Wilmington, DE 19801

### Re: Civil Action No.: 05-457-JJF

CHRISTINE O'DONNELL (Plaintiff) v. INTERCOLLEGIATE STUDIES INSTITUTE, (Defendant.)

Dear Honorable Judge Farnan:

Thank you for granting the request for an extension dated November 14, 2007. Although I found counsel willing to consider taking the case, I was not able to secure the finances needed to finalize the retention. Therefore, due to financial reasons I am filing a motion to withdraw my case. Please accept this as an official motion to withdraw the complaint without prejudice.

If helpful to the Court, I am available for a conference, at the convenience of the Court. My telephone number is 302-299-8067.

Respectfully,

Christine O'Donnell
518 North Lincoln Street
Wilmington, DE 19805

CC: Barry Willoughby, Esquire, via email.