# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | ROBERT S. BRADY | JOSEPH M. BARRY | JENNIFER M. KINKUS |
| SHELDON N. SANDLER | JOEL A. WAITE | RYAN M. BARTLEY | EDWARD J. KOSMOWSKI |
| RICHARD A. LEVINE | BRENT C. SHAFFER | SEAN M. BEACH | EVANGELOS KOSTOULAS |
| RICHARD A. ZAPPA | DANIEL P. JOHNSON | SANJAY BHATNAGAR | JOHN C. KUFFEL |
| FREDERICK W. IOBST | CRAIG D. GREAR | DONALD J. BOWMAN, JR. | TIMOTHY E. LENGKEEK |
| RICHARD H. MORSE | TIMOTHY JAY HOUSEAL | MICHELE SHERRETTA BUDICAK | ANDREW A. LUNDGREN |
| DAVID C. MCBRIDE | MARTIN S. LESSNER | JEFFREY T. CASTELLANO | MATTHEW B. LUNN |
| JOSEPH M. NICHOLSON | PAULINE K. MORGAN | DOUGLAS T. COATS (MD ONLY) | ADRIA B. MARTINELLI |
| CRAIG A. KARSNITZ | C. BARR FLINN | KARA HAMMOND COYLE | KATHALEEN MCCORMICK |
| BARRY M. WILLOUGHBY | NATALIE WOLF | KRISTEN SALVATORE DEPALMA | MICHAEL W. MCDERMOTT |
| JOSY W. INGERSOLL | LISA B. GOODMAN | MARGARET M. DIBIANCA | TAMMY L. MERCER |
| ANTHONY G. FLYNN | JOHN W. SHAW | MARY F. DUGAN | MARIBETH L. MINELLA |
| JEROME K. GROSSMAN | JAMES P. HUGHES, JR. | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| EUGENE A. DIPRINZIO | EDWIN J. HARRON | KENNETH J. ENOS | JENNIFER R. NOEL |
| JAMES L. PATTON, JR. | MICHAEL R. NESTOR | KERRIANNE MARIE FAY | ADAM W. POFF |
| ROBERT L. THOMAS | MAUREEN D. LUKE | IAN S. FREDERICKS | ROBERT F. POPPITI, JR. |
| WILLIAM D. JOHNSTON | ROLIN P. BISSELL | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| TIMOTHY J. SNYDER | SCOTT A. HOLT | WILLIAM E. GAMGORT | CHERYL A. SANTANIELLO |
| BRUCE L. SILVERSTEIN | JOHN T. DORSEY | SEAN T. GREECHER | MONTÉ T. SQUIRE |
| WILLIAM W. BOWSER | M. BLAKE CLEARY | NATHAN D. GROW | MICHAEL P. STAFFORD |
| LARRY J. TARABICOS | CHRISTIAN DOUGLAS WRIGHT | STEPHANIE L. HANSEN | CHAD S.C. STOVER |
| RICHARD A. DILIBERTO, JR. | DANIELLE GIBBS | JAMES L. HIGGINS | RICHARD J. THOMAS |
| MELANIE K. SHARP | JOHN J. PASCHETTO | PATRICK A. JACKSON | TRAVIS N. TURNER |
| CASSANDRA F. ROBERTS | NORMAN M. POWELL | DAWN M. JONES | MARGARET B. WHITEMAN |
| RICHARD J.A. POPPER | ELENA C. NORMAN | KAREN E. KELLER | SHARON M. ZIEG |
| TERESA A. CHEEK | EDMON L. MORTON | | |
| NEILLI MULLEN WALSH | JOHN E. TRACEY | SPECIAL COUNSEL | SENIOR COUNSEL |
| JANET Z. CHARLTON | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| | | KAREN L. PASCALE | |
| | | SETH J. REIDENBERG | OF COUNSEL |
| | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

January 25, 2008

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

   Re: O' Donnell v. Intercollegiate Studies Institute, Inc.
     C.A. No.: 05-457-JJF

Dear Judge Farnan:

  This letter is to advise the Court that Defendant Intercollegiate Studies Institute, Inc. ("ISI"), does not oppose Plaintiff's Motion to voluntarily dismiss her complaint.

            Very truly yours,

            Barry M. Willoughby (#1016)

BMW:sec

cc: Dr. Peter T. Dalleo, Clerk of the Court (via Hand Delivery)
   Christine O' Donnell (via E-mail and First Class Mail)

DB01:2509512.1                           063128.1001